1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  ROBERT DAVID REES (CASBN 229441)
   Assistant United States Attorney
5
   450 Golden Gate Ave, 11th Floor
6  San Francisco, CA 94102
   Telephone: (415) 436-7200
7  Facsimile: (415) 436-7234
   Email: robert.rees@usdoj.gov
8
   Attorneys for the United States
9

FILED
MAY 21 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,       )   CRIMINAL NO. 1-07 70297
14 |       Plaintiff,                )
                                     )   NOTICE OF PROCEEDINGS ON
15 |    v.                           )   OUT-OF-DISTRICT CRIMINAL
                                     )   CHARGES PURSUANT TO RULES
16 | MISTY DAWN LEMUNYON,            )   5(c)(2) AND (3) OF THE FEDERAL
                                     )   RULES OF CRIMINAL PROCEDURE
17 |       Defendant.                )
                                     )
18

19     Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of
20 Criminal Procedure that the above-named defendant was arrested based upon a warrant
21 issued upon violations of the conditions of supervised release (attached) in a criminal
22 matter pending in the Southern District of California, Case Number 05cr950 DMS.
23
24                                       Respectfully Submitted,
25                                       SCOTT N. SCHOOLS
                                         United States Attorney
26
27 Date: May 21, 2007
                                         ROBERT DAVID REES
28                                       Assistant United States Attorney

AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Misty Dawn Lemunyon

**WARRANT FOR ARREST**

93702-198
M/5/04

CASE NUMBER: 05cr950 DMS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Misty Dawn Lemunyon _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
☐ Pretrial Violation

charging him or her with (brief description of offense)

In violation of Title _____ See Above _____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson [signature] | 05/07/07  San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____ No-Bail _____ by _____ The Honorable Dana M. Sabraw _____

Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST |  |  |

CLASS I D'   LOCKE   Due 5/9

Case 3:05-cr-009  DMS    Document 24-1    Filed 05/  /2007    Page 1 of 6

PROB 12C
(04/05)

May 1, 2007

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 MAY -7  PM 12: 17

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Misty Dawn LEMUNYON (English)      **Dkt No.:** 05-CR-0950-001-DMS

**Reg. No.:** 93702-198

**Name of Sentencing Judicial Officer:** The Honorable Dana M. Sabraw, U.S. District Judge

**Date of Sentence:** September 9, 2005

**Original Offense:** Counts One and Two, 21 U.S.C. §§ 952 and 960, Importation of Marijuana, both Class D felonies.

**Sentence:** Each Count Concurrent, 24 months custody; 2 years supervised release *(Special Conditions: Not possess any firearm, explosive device or other dangerous weapon; submit to search; not enter or reside in the Republic of Mexico without probation officer's permission; report all vehicles; and participate in a program of drug or alcohol abuse treatment, including urinalysis testing and counseling).*

**Type of Supervision:** Supervised Release        **Date Supervision Commenced:** February 9, 2007

**Asst. U.S. Atty.:** Christopher Ott              **Defense Counsel:** Mahir T. Sherif (Appointed)
                                                                        (619) 297-4444

**Prior Violation History:** None.

---

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

Case 3:05-cr-009  DMS    Document 24-1    Filed 05/  2007    Page 2 of 6

PROB 12C

Name of Offender: Misty Dawn LEMUNYON                                   May 1, 2007
Docket No.: 05-CR-0950-001-DMS                                          Page 2

The probation officer believes that the offender has violated the following condition(s) of supervision:

## CONDITION(S)

## ALLEGATION(S) OF NONCOMPLIANCE

**(Special Condition)**
Participate in a program of drug or alcohol abuse treatment, including drug testing and counseling, as directed by the probation officer. The offender may be required to contribute to the costs of services rendered in an amount to be determined by the court or the probation officer, based on ability to pay. *(nv21)*

1.  Ms. Lemunyon failed to report for her initial intake appointment at Mental Health Systems (MHS) on February 22, 2007, as directed.

*Grounds for Revocation:* On February 20, 2007, the Central District of California (CD/CA) supervision officer directed Ms. Lemunyon to report for an initial intake appointment for outpatient drug testing and treatment services at MHS on February 22, 2007. I have received and reviewed the MHS Drug Aftercare Notification Report and confirmed that on February 22, 2007, Ms. Lemunyon failed to report as directed.

**(Standard Condition)**
Notify the probation officer at least ten days prior to any change in residence or employment.

2.  On about February 21, 2007, Ms. Lemunyon changed her place of residence without notifying the probation officer, and her current whereabouts is unknown.

*Grounds for Revocation:* I have received and reviewed correspondence from the CD/CA supervision officer indicating that Ms. Lemunyon failed to report her change of address and her whereabouts remain unknown. The officer contacted her father, who the offender had resided with, and was informed that the offender failed to return home on February 21, 2007. His repeated attempts to contact Ms. Lemunyon telephonically were unsuccessful. Ms. Lemunyon's father believes she may have fled to the Republic of Mexico. The supervising probation officer's recent attempts to contact the offender via telephone and in person have also proven unsuccessful.

Case 3:05-cr-009\_DMS    Document 24-1    Filed 05/\_\_2007    Page 3 of 6

PROB 12C

Name of Offender: Misty Dawn LEMUNYON                           May 1, 2007
Docket No.: 05-CR-0950-001-DMS                                      Page 3

**U.S. Probation Officer Recommendation:** If found in violation, that supervised release be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 1, 2007

Respectfully submitted:                          Reviewed and approved:

by _____                       _____
Mimi Keomany Manzano                             Cynthia M. Poblete
United States Probation Officer                  Supervising U.S. Probation Officer
(760) 806-9356

Attachments: J&C; and PSR.

---

**THE COURT ORDERS:**

✓    A NO-BAIL BENCH WARRANT BE ISSUED BASED UPON A FINDING OF PROBABLE CAUSE TO BRING THE OFFENDER BEFORE THE COURT TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED FOR THE ALLEGED VIOLATIONS.

____ Other _____

_____                          5-4-07
The Honorable Dana M. Sabraw                     Date
U.S. District Judge

I hereby attest and certify on  05-07-07
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Case 3:05-cr-0095-DMS Document 24-1 Filed 05/__/2007 Page 4 of 6

PROB 12CS
(04/05)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

May 1, 2007

## VIOLATION SENTENCING SUMMARY

Re: Misty Dawn LEMUNYON
Dkt. No.: 05-CR-0950-001-DMS

### SUPERVISION ADJUSTMENT

Ms. Lemunyon was released from custody on February 9, 2007. Since her release, she has been supervised by the Central District of California (CD/CA). Twelve days following her release, the offender absconded.

### OFFENDER PERSONAL HISTORY/CHARACTERISTICS

Ms. Lemunyon is a United States citizen who has two children fathered by different men. She has an 11th grade education. At age 16, she became pregnant with her son and received assistance from her father and the child's grandparents. At age 21, she married her second child's father but their union only lasted five years. Custody of this child was granted to her ex-husband as a result of her driving under the influence conviction in 1995. Based on her employment history, Ms. Lemunyon has shown she has the ability to secure and maintain stable employment.

Ms. Lemunyon has a methamphetamine problem which was confirmed by her mother. She first used this substance at age 18 and has continued to use it on and off. She used it consistently for one to one and one half years. She has also tried cocaine and marijuana. Ms. Lemunyon was court-ordered (state level) to participate and complete the CRASH drug treatment program and completed same in 2001.

The offender has a lengthy criminal record dating back to 1995. From 1995 to 2000, Ms. Lemunyon suffered convictions for entering non-commercial dwelling, possession of controlled substance (three separate times), and driving under the influence. Of significance, subsequent to her arrest for the instant offense, the offender admitted to successfully smuggling drugs from Mexico to the United States over 20 times using various vehicles.

Case 3:05-cr-009. DMS  Document 24-1  Filed 05/_ _2007  Page 5 of 6

Name of Offender: Misty Dawn LEMUNYON      May 1, 2007
Docket No.: 05-CR-0950-001-DMS      Page 2

## SENTENCING OPTIONS

### CUSTODY

**Statutory Provisions:** Upon the finding of a violation, the court may modify the conditions of supervision; extend the term (if less than the maximum authorized term was previously imposed); or revoke the term of supervised release. 18 U.S.C. § 3583(e)(2) and (3).

If the court revokes supervised release, the maximum term of imprisonment upon revocation is 2 year(s). 18 U.S.C. § 3583(e)(3).

**USSG Provisions:** The allegations (Failure to participate in drug treatment program and Failure to report change of address to probation officer) constitute Grade C violations. USSG § 7B1.1(a)(1), p.s.

Upon a finding of a Grade C violation, the court may (A) revoke supervised release; or (B) extend the term and/or modify the conditions of supervision. USSG § 7B1.3(a)(2), p.s.

A Grade C violation with a Criminal History Category III (determined at the time of sentencing) establishes an **imprisonment range of 5 to 11 months.** USSG § 7B1.4, p.s.

It is noted that in the case of a Grade C violation, and where the minimum term of imprisonment determined under USSG § 7B1.4, p.s., is at least one month but not more than six months, the minimum term may be satisfied by (A) a sentence of imprisonment; or (B) a sentence of imprisonment that includes a term of supervised release with a condition that substitutes community confinement... for any portion of the minimum term. USSG § 7B1.3(c)(1), p.s.

### REIMPOSITION OF SUPERVISED RELEASE

If supervised release is revoked and the offender is required to serve a term of imprisonment, the court can reimpose supervised release upon release from custody. The length of such a term shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(h).

In this case, the court has the authority to reimpose a term of 3 year(s) supervised release, less any term of imprisonment imposed upon revocation. 18 U.S.C. § 3583(b).

05/17/2007 15:13 7074425015 USMS EUREKA PAGE 08/14
05/17/2007 Case 1:07-mj-70297-NJV Document 1 Filed 05/21/2007 Page 8 of 8 PAGE 08/11

Case 3:05-cr-009. DMS Document 24-1 Filed 05/0 2007 Page 6 of 6

Name of Offender: Misty Dawn LEMUNYON      May 1, 2007
Docket No.: 05-CR-0950-001-DMS      Page 3

## RECOMMENDATION/JUSTIFICATION

Ms. Lemunyon's future prognosis on supervision is of great concern as she absconded from supervision shortly after her release from custody. The offender has admitted to being a recidivist drug smuggler and it can be reasonably inferred based on her track record, that it is likely she would return to this lifestyle unless she maintains stability in her life and be committed to staying drug-free and sober. It is apparent Ms. Lemunyon did not take her conditions of supervision seriously. Therefore, it is the CD/CA probation officer's recommendation that her supervised release be revoked and that she be sentenced to a period of 5 months custody, followed by 30 months of supervised release with the same terms and conditions.

Respectfully submitted,

KENNETH O. YOUNG
CHIEF PROBATION OFFICER

By: _____
Mimi Keomany Manzano
United States Probation Officer

Reviewed by: _____
Cynthia M. Poblete
Supervising U.S. Probation Officer