Clear Form

DOCUMENTS UNDER SEAL ☐ | DOCUMENT NUMBER

| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Gloria Masterson | REPORTER/FTR<br>FTR: 11:26-11:29 | |
|---|---|---|---|
| MAGISTRATE JUDGE<br>Nandor J. Vadas | DATE<br>5/21/07 | NEW CASE<br>☒ | CASE NUMBER<br>1-07-70297 NJV |

## APPEARANCES

| DEFENDANT<br>Misty Dawn Lemunyon | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Neal Sanders | PD. ☐  RET. ☐<br>APPT. ☒ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Rob Rees | INTERPRETER | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD _TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 3 min | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

### INITIAL APPEARANCE

| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | ☒ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH  $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>6/18/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIAL SET<br>Control Date |
|---|---|---|---|---|
| AT:<br>1:00 | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>NJV | ☐ DETENTION HEARING | ARRAIGN-MENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING |

### ADDITIONAL PROCEEDINGS

To be transferred to southern district as soon as possible