CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 12/03)

| | | |
|---|---|---|
| CAN **E.U.** | Misty Dawn Lemunyon | |
| **07-70297-NJV** | ~~05 cr 950 DMS~~ | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Lemunyon | ☑ Felony ☐ Petty Offense ☐ Misdemeanor ☐ Other ☐ Appeal | ☑ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☐ Other | PR |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense
2 counts 21 U.S.C. §§ 952 & 960 - Import marijuana, felonies

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Neal I. Sanders    SBN 087681
324 "I" Street
Eureka, CA 95501

Telephone Number: (707) 442-4200

14. NAME AND MAILING ADDRESS (...instructions)

**FILED**
AUG 9 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

13. COURT ORDER
☐ O  Appointing Counsel         ☐ C  Co-Counsel
☐ F  Subs For Federal Defender  ☐ R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney    ☑ Y  Standby Counsel

Prior Attorney's Name: Mahir T. Sherif
Appointment Dates:
☑ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

Signature of Presiding Judge or By Order of the Court

7/26/07  Date of Order       Nunc Pro Tunc Date 5/18/07

Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO

**CLAIM FOR SERVICES AND EXPENSES** | **FOR COURT USE ONLY**

| CATEGORIES (Attach itemization of services with dates) | HOURS | TOTAL AMOUNT | MATH/TECH. ADJUSTED | MATH/TECH. ADJUSTED | ADDITIONAL |
|---|---|---|---|---|---|